**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Emma Shaw- Camara aka Emma Shaw, aka Emma Camara, aka Emma Stroud | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-12604 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
25 Jul 2025, 15:23:32, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322

Document ID: 2658ba45279113e66b883b341bde2e3c3d6a33ba6e172cbb4a6322b566c98d86