```
            UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:      EMMA SHAW-CAMARA            : Bankruptcy No. 25-12604
                                        :
                                        :
            DEBTOR                      : Chapter 13

### CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/11/25          /Zachary Perlick/
                       Zachary Perlick, Esquire
                       1420 Walnut Street, Suite 718
                       Philadelphia, PA  19102
                       (215) 569-2922
                       zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
Creditor

Via: X CM/ECF ___1st Class Mail ___Certified Mail ___e-mail:_____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Emma Shaw-Camara
6025 Walton Avenue
Philadelphia, PA 19143
Debtor

Via: __CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: __CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Patricia M. Mayer
**Date filed:** 06/27/2025 **Date of last filing:** 09/05/2025

# Creditors

| Creditor | ID |
|---|---|
| ECMC<br>PO Box 16408<br>Saint Paul, MN 55116 | (15023968)<br>(cr) |
| ECMC<br>PO Box 16408<br>Saint Paul, MN 55116 | (15031164)<br>(cr) |
| Educational Credit Management Corporation (ECMC)<br>PO BOX 16408<br>ST. PAUL<br>MN 55116-0408 | (15033961)<br>(cr) |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>C/O Matthew Fissel<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1532 | (15033141)<br>(ntcapr) |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (15033038)<br>(ntcapr) |
| PHFA<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 | (15031165)<br>(cr) |
| PHFA<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 | (15023969)<br>(cr) |
| PHFA<br>211 North Front Street<br>Harrisburg, PA 17101 | (15040549)<br>(cr) |
| Philadelphia Gas Works<br>800 W Montgomery Ave 3f<br>Philadelphia PA, 19122 | (15034258)<br>(cr) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 09/10/2025 14:21:57 |