**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   EMMA SHAW-CAMARA         : Bankruptcy No. 25-12604
                                  :
                                  :
         DEBTOR                   : Chapter 13

**CERTIFICATION OF SERVICE**

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan
- Notice of Motion to Modify Plan
- Modified Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 11/18/25          /Zachary Perlick/
                        Zachary Perlick, Esquire
                        1420 Walnut Street, Suite 718
                        Philadelphia, PA  19102
                        (215) 569-2922
                        zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

610-322-5608
bkgroup@kmllawgroup.co
Creditor

Via: _X_ CM/ECF    ___1st Class Mail ____Certified Mail ___e-mail:_____ Other:

Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392
(717) 234-4178
lhaller@pkh.com
Creditor

Via: _X_ CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: _X_ CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: _X_ CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Emma Shaw-Camara
6025 Walton Avenue
Philadelphia, PA 19143
Debtor

Via: ___CM/ECF  _X_ 1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors on the attached list

Via: ___CM/ECF  _X_ 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

| | |
|---|---|
| **ECMC**<br>PO Box 16408<br>Saint Paul, MN 55116 | (15031164)<br>(cr) |
| **Educational Credit Management Corporation (ECMC)**<br>PO BOX 16408<br>ST. PAUL<br>MN 55116-0408 | (15033961)<br>(cr) |
| **PENNSYLVANIA HOUSING FINANCE AGENCY**<br>C/O Matthew Fissel<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1532 | (15033141)<br>(ntcapr) |
| **PENNSYLVANIA HOUSING FINANCE AGENCY**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (15033038)<br>(ntcapr) |
| **PHFA**<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 | (15031165)<br>(cr) |
| **PHFA**<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 | (15023969)<br>(cr) |
| **PHFA**<br>211 North Front Street<br>Harrisburg, PA 17101 | (15040549)<br>(cr) |
| **Philadelphia Gas Works**<br>800 W Montgomery Ave 3f<br>Philadelphia PA, 19122 | (15034258)<br>(cr) |
| **Water Revenue Bureau**<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 191021595 | (15069717)<br>(cr) |