IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  EMMA SHAW CAMARA | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No. 25-12604 |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #26)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. #27**) is **APPROVED**.

**Date:**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**