**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:	EMMA SHAW-CAMARA	:	CHAPTER 13
	:
	:
	DEBTOR	:	BANKRUPTCY No. 25-12604

CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Amend Plan Post-Confirmation, I respectfully request that the court enter the Order accompanying said application.

BY:	/Zachary Perlick/
	Zachary Perlick, Esquire
	1420 Walnut Street, Suite 718
	Philadelphia, PA  19102
	(215) 569-2922